MULCAHY LLP
James M. Mulcahy (SBN 213547)
*jmulcahy@mulcahyllp.com*
Kevin A. Adams (SBN 239171)
*kadams@mulcahyllp.com*
One Park Plaza, Suite 225
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090

Attorneys for Plaintiff, BUDGET BLINDS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASTA SAKNYTE, an individual; GLEN HARRIS, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: SACV-09-1012 DOC (RNBx)<br>*Honorable David O. Carter*<br><br>**JUDGMENT** |

　　　In light of the Court's Order granting Plaintiff Budget Blinds, Inc.'s Motion for an Order to Show Cause re: Civil Contempt and Sanctions against Defendant Glen Harris, Dkt. No. 29, on July 30, 2010, Judgment is hereby entered in favor of Plaintiff as follows:

/ / /

/ / /

/ / /

Plaintiff is hereby awarded compensatory attorneys' fees in the amount of $3,300.00, reflecting 11 hours of work at $300.00 per hour.

IT IS SO ORDERED.

DATED:   August 20, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE